UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **William R. Klopfenstein, etc., et al.,** | ) | **CASE NO. 1:12CV2007** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **Fifth Third Bank,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has filed its OPINION AND ORDER in the above-captioned matter, transferring the case to the United States Court for the Southern District of Ohio, Western Division, pursuant to 28 U.S.C. § 1404(a). Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE**

**DATED: October 31, 2012**